

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| THE STATE OF TEXAS, | § | No. 08-12-00311-CR |
| Appellant, | § | Appeal from the |
| v. | § | County Court at Law No. 7 |
| ARTURO GONZALEZ, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 20120C07213) |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was error in the order suppressing the breath test. We therefore reverse the judgment of the court below and remand the cause for further proceedings consistent with this opinion. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 8TH DAY OF OCTOBER, 2014.

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.
Rivera, J. (Not Participating)